1
2
3
4
5               UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8    MARTIN FERNANDEZ,                          No. C 09-4289 SI (pr)
9              Petitioner,                      **ORDER RE. FILING FEE**
10        v.
11   C. NOLL, warden,
12             Respondent.
                                          /
13

14        This pro se action for writ of habeas corpus was filed on September 15, 2009, at which

15   time the court notified petitioner in writing that the action was deficient due to the failure to pay

16   the filing fee or furnish a completed and signed court-approved in forma pauperis application.

17   Petitioner was advised that failure to pay the fee or file the application materials within thirty

18   days would result in dismissal of the action.  Petitioner did not pay the filing fee or file an in

19   forma pauperis application, and the deadline by which to do so has passed.  Petitioner must pay

20   the $5.00 filing fee no later than **March 12, 2010** or file a completed in forma pauperis

21   application by that deadline.  Failure to pay the fee or file a completed in forma pauperis

22   application by the deadline will result in the dismissal of this action.

23        IT IS SO ORDERED.

24   DATED: February 12, 2010

25                                        _____
                                                SUSAN ILLSTON
26                                        United States District Judge
27
28

United States District Court
For the Northern District of California