UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN FERNANDEZ,

        Petitioner,

  v.

C. NOLL, warden,

        Respondent.

No. C 09-4289 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2011

                                      SUSAN ILLSTON
                                  United States District Judge